**UNITED STATES of America,**
**Appellee,**

v.

**Omawale Malachi SIMS, Appellant.**

**No. 03–2941.**

United States Court of Appeals,
Eighth Circuit.

Submitted March 5, 2004.

Decided March 8, 2004.

Larry Howard Ferrell, U.S. Attorney's Office, Cape Girardeau, MO, for Plaintiff-Appellee.

Omawale Malachi Sims, #29307–044, Federal Correctional Institution, Marianna, FL, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Omawale Sims appeals his conviction and the sentence the district court* imposed after Sims pleaded guilty to distributing cocaine base, in violation of 21 U.S.C. § 841(a)(1). Sims's counsel has filed a motion to withdraw and a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning the length of the sentence. We enforce the appeal waiver included in the plea agreement and limit our review to issues not included within the scope of the waiver.

---

* The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

We find Sims's pro se ineffective-assistance claims are not properly before us. *See United States v. Hughes*, 330 F.3d 1068, 1069 (8th Cir.2003). Based on our independent review under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

We thus grant counsel's motion to withdraw and affirm the judgment of the district court.